JAMS
600 University Street
Suite 1910
Seattle, WA 98101-4115
(206) 622-5267

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 14 2014

BY AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Adams, Crespo, Day, Gan & Picon,<br><br>    Plaintiff,<br><br>v.<br><br>City of Seattle, et al.,<br><br>    Defendant. | JAMS Ref No. 1160019825<br>Cause No. 2:13-cv-00338-JCC<br>NOTICE OF OCCURRENCE<br>OF ALTERNATIVE DISPUTE<br>RESOLUTION |

Pursuant to CR 39.1(c)(6) notice is hereby given that on February 7, 2014, the parties participated in a mediation. The case is now resolved.

DATED this 13th day of February, 2014.

_____
Sharon S. Armstrong, Mediator

13-CV-00338-AF