THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ADAMS, GLENN CRESPO, CONNOR DAY, KATIE GAN, and SOLEDAD PICON,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BAUER, JACOB BRISKEY, LINDSAY BROWN, BRUCE CREAMER, LLOYD HARRIS, STEPHEN KNAPP, STEPHANIE MARKS, NATHAN PATTERSON, ADAM THORP, JOHN and JANE DOES, and THE CITY OF SEATTLE,<br><br>Defendants. | No.   13-CV-338-JCC<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

**STIPULATION**

The parties hereby stipulate, as evidenced by the signatures below of their respective attorneys of record, that this action should be dismissed with prejudice and without costs taxed to any party.

/

/

/

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
 13-CV-338-JCC

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

DATED this 24th day of March, 2014.

| | |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney | MACDONALD HOAGUE & BAYLESS |
| s/Brian G. Maxey<br>By:    Brian G. Maxey<br>Brian G. Maxey, WSBA #33279<br>Assistant City Attorney<br>P.O. Box 94769<br>Seattle, WA 98124-4769<br>Phone –206-733-9001<br>FAX:  206-684-8284<br>Email:  brian.maxey@seattle.gov | s/ David J. Whedbee<br>David J. Whedbee (x659), WSBA #35977<br>E-Mail:  DavidW@mhb.com<br>Timothy K. Ford, WSBA #5986<br>E-Mail:  TimF@mhb.com<br>MacDonald Hoague & Bayless<br>705 Second Ave., Suite 1500<br>Seattle, WA  98104<br>(206) 622-1604<br>(206) 343-3961 – fax |

Attorney for Defendants

## ORDER

IT IS SO ORDERED this _____ day of March, 2014.

_____
JOHN C. COUGHENOUR, JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
 13-CV-338-JCC

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

CERTIFICATE OF SERVICE

I, Brian Maxey, certify that on the 24th Day of March, 2014, I electronically filed the Answer of Defendant City of Seattle with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

>Attorneys for Plaintiffs:
>>Timothy K. Ford, timf@mhb.com
>>David J. Whedbee, davidw@mhb.com
>
>Attorneys for Defendants:
>>Brian Maxey, brian.maxey@seattle.gov
>>Greg Jackson, GregJ@fjtlaw.com

DATED this 24th day of March, 2014.

>s/ Brian Maxey
>Brian Maxey

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
13-CV-338-JCC

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200